# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case Number:** 1:25-PO-00249-SAB |
| | **Violation Number:** F5528929 |
| Plaintiff, | **CVB Location Code:** CA42 |
| v. | **ORDER TO APPEAR IN PERSON FOR FAILURE TO PAY PURSUANT TO AN ORDER OF COURT** |
| GERARDO  RAYA | |
| Defendant. | |

On ____11/20/2025____, Defendant was ORDERED TO PAY a fixed-sum in lieu of appearance in court on the following charge(s):

| Charge(s): | Nature of Charge(s) |
|---|---|
| **36 CFR 261.52(a)** | **Building, maintaining, attending or using a fire, campf** |

To date, the defendant has not paid according to the terms of the Order and is assessed additional penalties for failure to pay.  Therefore, the defendant is **ORDER TO APPEAR** on the following date and time unless the outstanding balance **IN FULL** is paid no later than 5 days prior to the court date.

**DEFENDANT IS ORDERED TO APPEAR ON** ____02/19/26____ at 10:00 a.m. in Courtroom Number 9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA  93721.

The Central Violations Bureau provides the option to pay a Federal Ticket Online at **www.cvb.uscourts.gov** by clicking "Pay Online" on the main page of the website.  The case information required to make a payment online is at the top of this Order.  Payment can also be sent via United States mail to:

> **CENTRAL VIOLATIONS BUREAU**
> **P.O. Box 780549**
> **San Antonio, TX 78278**
> **Phone:  1-800-827-2982**

**Prior to sending payment, the defendant must obtain the outstanding balance, which includes late fees and penalties, by contacting the Central Violations Bureau via the website (www.cvb.uscourts.gov) or by phone (1-800-827-2982).  The check or money order must indicate defendant's name and violation notice/case number shown above to ensure the correct case is credited for payment.**

IT IS FURTHER ORDERED that if the defendant fails to pay 5 days prior to the above hearing date, defendant will need to appear in person at the date and time ordered above.  **IF DEFENDANT FAILS TO APPEAR, A WARRANT FOR DEFENDANT'S ARREST WILL BE ISSUED AND AN ABSTRACT PLACED ON DEFENDANT'S DRIVING RECORD.**

D A T E D : 1/20/2026

/s/ Stanley A. Boone

**Stanley A. Boone**
United States Magistrate Judge

*Cal-ED (Fresno)- Mis 10 (Rev. 5/23)*                          CRD Initials:  YV